# Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     <u>INDICTMENT</u>

        -v.-                       :     07 Cr.

RICHARD A. GRANT,                 :

        Defendant.                :

                       **07 CRIM 1119**

- - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

    The Grand Jury charges:

    From at least on or about April 17, 2007, up to and including on or about August 4, 2007, in the Southern District of New York and elsewhere, RICHARD A. GRANT, the defendant, after having been subject to a court order that: (a) was issued after a hearing of which the defendant received actual notice, and at which the defendant had an opportunity to participate; (b) restrains the defendant from harassing, stalking, or threatening an intimate partner of the defendant, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and (c)(i) includes a finding that the defendant represents a credible threat to the physical safety of such intimate partner; or (ii) by its terms explicitly prohibits the use, attempted use, and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Ruger .40

caliber handgun, which had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(8).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### RICHARD A. GRANT,

**Defendant.**

### INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(8))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Douglas Colley*

Foreperson.

*Indictment filed. Case assigned to judge Mc Mahon.*

*F Jivaas, USMJ*