


U.S. Department ...

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

**MEMO ENDORSED**

December 10, 2007

BY HAND

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Richard Grant</u>,
        07 Cr. 1119 (CM)

Dear Judge McMahon:

    The above-referenced matter was assigned to Your Honor on December 7, 2007, and I respectfully enclose a copy of the Indictment. Your Honor has referred the matter to a magistrate judge for arraignment and the initial conference has been scheduled for January 11, 2008 at 11:00 a.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until January 11, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

Enc.
cc by fax w/enc.: Roland Thau, Esq., Attorney for Defendant