P.02/02



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

# MEMO ENDORSED

January 9, 2008

BY FAX

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*1/9/08*
*Time Excluded*
*through January 16, 2008*
*[signature]*

    Re:   United States v. Richard Grant,
           07 Cr. 1119 (CM)

Dear Judge McMahon:

    The initial conference scheduled for January 9, 2008 in the above-referenced matter has been rescheduled for January 16, 2008 at 11:00 a.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until January 16, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

                                     Respectfully submitted,

                                     MICHAEL J. GARCIA
                                     United States Attorney
                                     Southern District of New York

                       By:  _____
                             Carrie H. Cohen
                             Assistant U.S. Attorney
                             (212) 637-2264

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08
```

cc by fax: Roland Thau, Esq., Attorney for Defendant

TOTAL P.02