RECEIVED
APR 23 2008
CHAMBERS OF
COLLEEN McMAHON

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 23, 2008

BY FAX

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED
Request granted
Time excluded
to 4/30/08

    Re:  United States v. Richard Grant,
          S1 07 Cr. 1119 (CM)

Dear Judge McMahon:

    I respectfully enclose a copy of the Superceding Indictment in the above matter. The Court has scheduled the Arraignment on the Superceding Indictment for April 30, 2008 at 9:30 a.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until April 30, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

Enc.

cc by fax w/ enc.: Roland Thau, Esq., Attorney for Defendant