UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INDICTMENT

           -v.-                    :    S1 07 Cr. 1119 (CM)

RICHARD A. GRANT,                  :

           Defendant.              :

- - - - - - - - - - - - - - - -x

                    COUNT ONE

     The Grand Jury charges:

     1.   From at least on or about April 17, 2007, up to and including on or about August 4, 2007, in the Southern District of New York and elsewhere, RICHARD A. GRANT, the defendant, after having been subject to a court order that: (a) was issued after a hearing of which the defendant received actual notice, and at which the defendant had an opportunity to participate; (b) restrains the defendant from harassing, stalking, or threatening an intimate partner of the defendant, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child; and (c)(i) includes a finding that the defendant represents a credible threat to the physical safety of such intimate partner; or (ii) by its terms explicitly prohibits the use, attempted use, and threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Ruger .40

caliber handgun, which had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(8).)

## COUNT TWO

The Grand Jury further charges:

2. On or about August 4, 2007, in the Southern District of New York and elsewhere, RICHARD A. GRANT, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute, a controlled substance, to wit, approximately eight grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code,
Sections 812, 841(a)(1), and 841(b)(1)(B).)

## FORFEITURE ALLEGATION

3. As a result of committing one or more of the foregoing offenses alleged in Counts One and Two of this Indictment, RICHARD A. GRANT, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting or derived from proceeds obtained directly or indirectly as a result of the said offenses, for which the defendants are liable.

### Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

  (1) cannot be located upon the exercise of due diligence;

  (2) has been transferred or sold to, or deposited with, a third person;

  (3) has been placed beyond the jurisdiction of the Court;

  (4) has been substantially diminished in value; or

  (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

  (Title 18, United States Code, Section 982
  and Title 21, United States Code, Section 841.)

_____  _____
FOREPERSON           MICHAEL J. GARCIA
                United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

RICHARD A. GRANT,

Defendant.

---

INDICTMENT

S1 07 Cr. 1119 (CM)

(18 U.S.C. § 922(g)(8),
21 U.S.C. §§ 812, 841(a)(1),
and 841 (b)(1)(B).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

---

4/21/08 - Fld. Superseding Indictment S1 07 Cr. 1119 (CM)
S/ Eaton, Jr. U.S.M.J.