# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

May 16, 2008

**BY FAX 212 805-6326 AND BY HAND**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

Re:  **United States v. Richard Grant**
     S1 07 Cr. 1119(CM)

Your Honor:

   We address Your Honor's May 15th Order directing a continuation of the suppression hearing on June 18, 2008 at 10 a.m. to allow Mr. Grant to explore the issue concerning which we moved for the reopening and to further explore the Govt. Exhibit 1/pedigree issue.

   You Honor directed the production of Investigator Murphy and not of any other officer involved in this case. This witness would of course suffice for the pedigree issue, but I think that he alone would be insufficient for the issue relating to whether the police's first contact with Mr. Grant was at the building's front door, as the government contends, or at his apartment door as we do.

   It is officer DeLeon's complaint to which he swore before Magistrate Judge Eaton and his grand jury testimony in each of which he offered hearsay testimony concerning how the three-member team entered Mr. Grant's apartment which triggers a re-examination of that issue.

   Unfortunately, in that testimony, officer DeLeon does not identify the specific officer(s) from whom he learned what is at issue here. Consequently, in order to fully develop the matter, it would appear necessary to recall Mr. DeLeon to identify his source(s) for the relevant detail and the setting in which he was given the information and to examine each such source and whichever other member of the arresting team, in whose presence the source himself spoke to DeLeon.

**MEMO ENDORSED**

*[Handwritten endorsement:]* Mr. Than— I asked for Murphy for pedigree. You can call whoever you wish on the other issue. CM

Honorable Colleen McMahon  May 16, 2008
United States District Judge  Page 2
Southern District of New York

Re:  **United States v. Richard Grant**
     **S1 07 Cr. 1119(CM)**

We respectfully request that all the paper work on this issue be provided to us before the hearing.

Respectfully,

Roland Thau
Staff Attorney
Tel.: (212) 417-8733

cc:  By Fax (212)637-2937
     Carrie H. Cohen, Esq.
     Assistant United States Attorney